**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| CASSANDRA MACVENN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:21-cv-50292 |
| | ) Honorable Philip G. Reinhard |
| TARGET CORPORATION, | ) |
| | ) Magistrate Judge Lisa A. Jensen |
| Defendant. | ) |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CASSANDRA MACVENN, and the Defendant, TARGET CORPORATION, that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

Dated: March 6, 2023

Respectfully submitted,

/s/ Mohit Khare                                    /s/ Norma Manjarrez

Mohit Khare                                         Norma Manjarrez
Barrick, Switzer, Long, Balsley &                   Ogletree, Deakins, Nash, Smoak & Stewart
Van Evera, LLP                                      155 N. Wacker Drive, Suite 4300
6833 Stalter Drive                                  Chicago, IL 60606
Rockford, IL, 61108                                 norma.manjarrez@ogletree.com
mkhare@bslbv.com                                    Counsel for Defendant
Counsel for Plaintiff